# NO. 12-13-00080-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *SCOTT LEE HAMILTON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

On March 15, 2013, Relator Scotland Lee Hamilton filed a petition for writ of mandamus in this court complaining of the trial court's March 8, 2013 order transferring the underlying suit affecting parent-child relationship. On June 5, 2013, this court issued an opinion and order conditionally granting mandamus relief and directing the trial court to vacate the complained of order. The trial court complied with our opinion and order on June 13, 2013. Consequently, this proceeding is now moot. Accordingly, this original mandamus proceeding is ***dismissed***.

Opinion delivered June 25, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 25, 2013**

**NO. 12-13-00080-CV**

**SCOTLAND LEE HAMILTON,**
Relator
v.
**HON. EDWIN A. KLEIN**,
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by **SCOTLAND LEE HAMILTON**, who is the relator in Cause No.C1227987, pending on the docket of the 420th Judicial District Court of Nacogdoches County, Texas. Said petition for writ of mandamus having been filed herein on March 15, 2013, and the same having been duly considered, because it is the opinion of this Court that a writ of mandamus should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DISMISSED**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*